JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELECIA ANN HOLT, | ) Case No. SACV 12-1902-VAP (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| DEBORAH K. JOHNSON, Warden, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 26, 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1